United States District Court
Southern District of Texas
**ENTERED**
September 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ANGEL MEDINA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-03185 |
| | § | |
| **BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONS DIVISION,** | § § § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 3, 2023 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 9). Judge Bray made findings and conclusions and recommended that Respondent's Motion to Dismiss with Brief in Support, (Dkt. No. 6), be granted. (Dkt. No. 9). Judge Bray further recommended dismissing Plaintiff's Complaint, (Dkt. No. 1), with prejudice and denying a certificate of appealability. (Dkt. No. 9).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)    Judge Bray's M&R, (Dkt. No. 9), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2)    Respondent's Motion to Dismiss with Brief in Support, (Dkt. No. 6), is **GRANTED**.

It is SO ORDERED.

Signed on September 5, 2023.

                                                     */s/ Drew B. Tipton*
                                                      **DREW B. TIPTON**
                                       **UNITED STATES DISTRICT JUDGE**